Judy A. McDermott
366 Hibiscus Lane
Susun CA
7074286513 94585
Pro Se

FILED
DEC 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Judy A. McDermott
Plaintiff(s), Pro Se

v.

John E. Potter

Defendant(s).

No. C C07-06300

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12/13/07

Signature: Judy McD[...]

Counsel for Pro Se
(Plaintiff, Defendant, or indicate "pro se")