Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Pro Se

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRIT OF CALIFORNIA

*FILED DEC 26 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| JUDY A. MCDERMOTT, ) | CIVIL CASE NO: **C07-06300** SI |
| Plaintiff, Pro Se ) | |
| ) | |
| V. ) | |
| ) | (Appeal of Agency Decision) |
| JOHN E. POTTER, ) | (Agency Case No. 66-000-0037-06) |
| ) | |
| U.S. POSTMASTER GENERAL ) | |
| U.S. POSTAL SERVICE ) | |
| (CAPITAL METO AREA) AGENCY) | |
| UNITED STATES OF AMERICA ) | |
| Defendant ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585

Enclosed as Exhibit 1 is proof of delivery of the Complaint, Summons and Court documents which were mailed on December 13, 2007 to the three listed parties below.

TO:   Scott N. Schools           (via certified mail # 7005 1820 0006 9127 7573)
      United States Attorney, Northern District of California
      C/O Civil Process Clerk
      450 Golden Gate Avenue
      Box 36055
      San Francisco, CA 94102    415/436-7200

      John Potter                (via certified mail # 7005 1820 0006 9127 7580)
      Postmaster General, United States Postal Service
      475 L'Enfant Plaza, SW
      Washington, DC 20260       202/268-2000

**Page 1 – Certificate of Service – Proof of Delivery of Complaint, Summons Court Docs.**
        **Civil Case # C07-06300**
**JUDY A. MCDERMOTT V JOHN E. POTTER**

Michael Mukasey                    ( via certified #7003 1010 0002 1027 3454)
    Attorney General
    Department of Justice
    950 Pennsylvania Ave
    Washington DC 20530

Please file two copies of this proof of Delivery with the court and return one copy to me in the self-addressed stamped envelope.

I certify under penalty of perjury that the above is true and correct.

DATED: December 21, 2007          MAILED BY: Judy A. McDermott
                                                            366 Hibiscus Lane
                                                            Suisun City, CA 94585
                                                            707/428-6513

Exhibit 1
1. Proof of Delivery

**Page 2 – Certificate of Service – Proof of Delivery of Complaint, Summons Court Docs.**
      **Civil Case # C07-06300**
**JUDY A. MCDERMOTT V JOHN E. POTTER**

Label/Receipt Number: 7005 1820 0006 9127 7573
Detailed Results:

- Delivered, December 14, 2007, 12:40 pm, SAN FRANCISCO, CA 94102
- Acceptance, December 13, 2007, 2:06 pm, SUISUN CITY, CA 94585

Track & Confirm

UNITED STATES
POSTAL SERVICE

Label/Receipt Number: 7003 1010 0002 1027 3454
Detailed Results:

- Delivered, December 17, 2007, 11:04 am, WASHINGTON, DC 20530
- Notice Left, December 17, 2007, 10:10 am, WASHINGTON, DC 20530
- Arrival at Unit, December 17, 2007, 8:54 am, WASHINGTON, DC 20022
- Acceptance, December 13, 2007, 2:08 pm, SUISUN CITY, CA 94585

Track & Confirm

UNITED STATES
POSTAL SERVICE

Label/Receipt Number: 7005 1820 0006 9127 7580
Detailed Results:

- Delivered, December 18, 2007, 12:39 pm, WASHINGTON, DC 20260
- Notice Left, December 18, 2007, 11:01 am, WASHINGTON, DC 20260
- Arrival at Unit, December 18, 2007, 7:05 am, WASHINGTON, DC 20022
- Acceptance, December 13, 2007, 2:07 pm, SUISUN CITY, CA 94585

---

Scott Schools USA
450 Golden Gate Ave
Box 36055 SF CA 94102

John P[...]
[illegible]
[illegible] DC [illegible]

Michael Mukasey Attorn
DOJ 950 Pennsylvania
Washington DC 2053[?]