United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDY A. MCDERMOTT,

     Plaintiff,

v.

JOHN E. POTTER,

     Defendant.

                                    No. C 07-06300SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, April 11, 2008, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: January 10, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk