Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Pro Se



FILED
08 FEB -4 PM 1:28
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRIT OF CALIFORNIA

| | | |
|---|---|---|
| JUDY A. MCDERMOTT, | ) | CIVIL CASE NO: **C07-06300 SI** |
| Plaintiff, Pro Se | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN E. POTTER, | ) | (Agency Case No. 66-000-0037-06) |
| | ) | |
| U.S. POSTMASTER GENERAL | ) | |
| U.S. POSTAL SERVICE | ) | |
| (CAPITAL METO AREA) AGENCY | ) | |
| UNITED STATES OF AMERICA | ) | |
| Defendant | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585

Enclosed as Exhibit 1 is proof of delivery of the Case Management Conference Order and Notice for Judge Susan Illston showing the conference dated scheduled for April 11, 2008, 2:00 p.m., which was mailed on January 22, 2008 to the three listed parties below.

TO:   Scott N. Schools            (via certified mail # 7007 0710 0002 3254 9089)
      United States Attorney, Northern District of California
      C/O Civil Process Clerk
      450 Golden Gate Avenue
      Box 36055
      San Francisco, CA 94102        415/436-7200

      John Potter                 (via certified mail # 7007 0710 0002 3254 9096)
      Postmaster General, United States Postal Service
      475 L'Enfant Plaza, SW
      Washington, DC 20260           202/268-2000

**Page 1 – Certificate of Service: Proof of Delivery- Case Management Order and Notice**
         **Civil Case # C07-06300 SI**
**JUDY A. MCDERMOTT V. JOHN E. POTTER**

Michael Mukasey        ( via certified #7007 0710 0002 3254 9102)
   Attorney General
   Department of Justice
   950 Pennsylvania Ave
   Washington DC 20530

Please file two copies of this proof of Delivery with the court and return two copies to me in the self-addressed stamped envelope.

I certify under penalty of perjury that the above is true and correct.

DATED: February 2, 2008        MAILED BY: Judy A. McDermott
                                                        366 Hibiscus Lane
                                                        Suisun City, CA 94585
                                                        707/428-6513

Exhibit 1
1. Proof of Delivery

Page 2 – Certificate of Service: Proof of Delivery- Case Management Order and Notice
    Civil Case # C07-06300 SI
JUDY A. MCDERMOTT V. JOHN E. POTTER

Label/Receipt Number: 7007 0710 0002 3254 9089
Detailed Results:
- Delivered, January 28, 2008, 12:28 pm, SAN FRANCISCO, CA 94102
- Acceptance, January 22, 2008, 1:36 pm, VACAVILLE, CA 95688

Enter Label/Receipt Number.

Label/Receipt Number: 7007 0710 0002 3254 9096
Detailed Results:
- Delivered, January 28, 2008, 8:42 am, WASHINGTON, DC 20260
- Notice Left, January 27, 2008, 7:13 am, WASHINGTON, DC 20260
- Arrival at Unit, January 27, 2008, 3:29 am, WASHINGTON, DC 20022
- Acceptance, January 22, 2008, 1:37 pm, VACAVILLE, CA 95688

Enter Label/Receipt Number.

Label/Receipt Number: 7007 0710 0002 3254 9102
Detailed Results:
- Delivered, January 29, 2008, 4:42 am, WASHINGTON, DC 20530
- Notice Left, January 29, 2008, 4:12 am, WASHINGTON, DC 20530
- Arrival at Unit, January 29, 2008, 3:00 am, WASHINGTON, DC 20022
- Acceptance, January 22, 2008, 1:36 pm, VACAVILLE, CA 95688

Enter Label/Receipt Number.

*New ~~Judge~~ Standing Order*

**Receipt 1 (7007 0710 0002 3254 1096):**
- Postage: $0.75
- Certified Fee: $2.65 (Postmark 11)
- Return Receipt Fee (Endorsement Required): $2.15
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $5.55 — 01/22/2008
- Sent To: John Potter PMG
- Street, Apt. No. or PO Box No.: 475 L'Enfant Plaza SW
- City, State, ZIP+4: Washington DC 20260

**Receipt 2 (7007 0710 0002 3254 9089):**
- Postage: $0.75
- Certified Fee: $2.65 (Postmark 11)
- Return Receipt Fee (Endorsement Required): $2.15
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $5.55 — 01/22/2008
- Sent To: Scott Schools USA
- Street, Apt. No. or PO Box No.: 450 Golden Gate PO Box 36055
- City, State, ZIP+4: SF CA 94102

**Receipt 3 (7007 0710 0002 3254 9102):**
- Postage: $0.75
- Certified Fee: $2.65 (Postmark 11)
- Return Receipt Fee (Endorsement Required): $2.15
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $5.55 — 01/22/2008
- Sent To: Michael Mukasey
- Street, Apt. No. or PO Box No.: Attorney General Dept Justice
- City, State, ZIP+4: 450 Pennsylvania Ave Wash DC 20530