JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-7264
Facsimile:   (415) 436-6748
Email:       abraham.simmons@usdoj.gov

[Appendix D - Local Rules effective 1/1/01]

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JUDY MCDERMOTT | ) | CASE NO. 07-6300 SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]** |
| JOHN POTTER, POSTMASTER GENERAL OF THE USPS | ) | **ADR CERTIFICATION** |
| Defendant. | ) | |

The parties either:

X    have not yet reached an agreement to an ADR process, or

❏    have tentatively agreed to a settlement conference before a magistrate judge.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

Last day to file Joint Case Management Statement:  March 31, 2008

Date of Initial Case Management Conference:  April 7, 2008

The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
|---|---|---|---|
| Abraham A. Simmons | Defendant | 415-436-7264 | 415-436-7169 |
| Judy McDermott, pro se | Plaintiff | 707-428-6513 | |

*(For additional participants, please attach a separate sheet with the above information.)*

NOTICE OF NEED FOR ADR PHONE
CONFERENCE/ADR CERTIFICATION
C 07-6300 SI

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference.  Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603.  Please consult ADR L.R. 3-5(d).*

**For court use only:**

**ADR Phone Conference Date: _____  Time: _____  AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date: _____       _____**
                                       **ADR Case Administrator**

NOTICE OF NEED FOR ADR PHONE
CONFERENCE/ADR CERTIFICATION
C 07-6300 SI