JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:  (415) 436-6748
    Email:  abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDY A. McDERMOTT, <br>         Plaintiff, <br> v. <br> JOHN E. POTTER, POSTMASTER GENERAL, <br>         Defendant. | No. C 07-6300 SI <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

      The parties hereby stipulate and request that the court order a continuance of the case management conference currently scheduled for April 7, 2008.

      Good cause for this stipulation exists for the following reasons:

      Plaintiff in this case has filed numerous administrative complaints alleging sexual discrimination harassment and retaliation by her employer, the United States Postal Service. This case results from the dismissal of one of the several complaints plaintiff has filed.

      During the March 31, 2008, telephonic conference for this case, plaintiff discussed the fact that with respect to another of her administrative claims, Administrative Law Judge David Kelly with the Equal Employment Opportunity Commission has issued an order that finds in favor of plaintiff. Defendant's counsel was unaware of the order and the impact, if any, that the order should have on this case.

1  Defendant's counsel has since obtained a copy of the order (dated November 30, 2006)
2  and has determined that the impact of the order is not yet readily apparent. The order is 75 pages
3  and makes numerous credibility determinations. The order also addresses numerous factual
4  conclusions regarding several issues raised in the pending district court complaint. Additionally,
5  the proceedings in which the order was issued are not yet concluded and the administrative law
6  judge has requested additional briefing with respect to certain issues.

7  In light of the above facts, Defendant is requesting five weeks to analyze the
8  administrative proceedings, assess the status of the administrative proceedings and determine
9  what effect, if any, the administrative order should have on the merits and handling of this case.

                                                                Respectfully submitted,

                                                                JOSEPH P. RUSSIELLO
                                                                United States Attorney

Dated: April 3, 2008                                           /s/
                                                             ABRAHAM A. SIMMONS
                                                             Assistant United States Attorney


Dated: April 3, 2008                                           /s/
                                                             Judy McDermott, Plaintiff

## [PROPOSED] ORDER

The stipulation is granted. The Initial Case Management Conference is continued to the Court's May 16, 2008, calendar. The parties shall file a joint statement on or before May 9, 2008.

                                                                 _____

                                                                 Susan Illston, District Judge