```
1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, 9th Floor
5        San Francisco, California 94102-3495
         Telephone:     (415) 436-7264
6        Facsimile:     (415) 436-6748
         Email:         abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8
                         UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   JUDY A. MCDERMOTT,              )   No. C 07-06300 SI
12                                 )
                 Plaintiff,        )
13                                 )
            v.                     )
14                                 )   CERTIFICATE OF SERVICE
   JOHN E. POTTER, U.S. POSTMASTER )
15 GENERAL,                        )
                 Defendants.       )
16                                 )
                                   )
17
```

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of:

**Stipulation to Continue Case Management Conference and Order**

to be served this date upon the party(ies) as follows:

Judy A. McDermott, Pro Se
366 Hibiscus Lane
Suisun City, CA 94585-3813

__√__  **BY FIRST CLASS MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice.

_____ **BY PERSONAL SERVICE, (MESSENGER)**

_____ **FEDERAL EXPRESS**

| | |
|---|---|
| 1 | _____ **FACSIMILE, (FAX)** Telephone No.: _____ |
| 2 | _____ **BY E-MAIL**: I caused each such document to be sent by email to the person or offices of each address above. |
| 3 | |
| 4 | _____ **CERTIFIED MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice . |
| 5 | I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 6 | true and correct. |
| 7 | |
| 8 | DATED: April 16, 2008            /s/ Tina Louie<br>                                              TINA LOUIE<br>                                              Legal Assistant |