Judy McDermott
366 Hibiscus Lane
Suisun City CA 94585-3813
707/428-6513
Plaintiff, Pro Se



# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDY A. MCDERMOTT,<br>    Plaintiff, Pro Se<br><br>V.<br><br>JOHN E. POTTER,<br><br>U.S. POSTMASTER GENERAL<br>    Defendant | **CIVIL CASE NO: C07-06300 SI**<br><br><br><br><br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br>May 8, 2008 |

As Required in the <u>Standing Order For All Judges of the Northern District Of California,</u> CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, Question #19, Plaintiff states that the only parties she is aware that has any interest in this case in addition to herself are the following:

    JOSEPH P. RUSSONIELLO
    United States Attorney,
    Northern District of California
    450 Golden Gate Avenue, 9th Floor
    Box 36055
    San Francisco, CA 94102    415/436-7264

    JOHN POTTER
    Postmaster General
    United States Postal Service
    475 L'Enfant Plaza, SW
    Washington, DC 20260    202/268-2000

Page 1 –

MICHAEL MUKASY
Attorney General
Department of Justice
950 Pennsylvania Ave
Washington DC 20530

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is a citizen of the United States, over the age of 18 years, residing at 366 Hibiscus Lane, Suisun City CA 94585. The undersigned further certifies that she is causing a copy of:

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

to be served by **FIRST CLASS MAIL on May 8, 2008**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail at the Suisun Main Post office to following party as follows:

JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
C/O Civil Process Clerk
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102    415/436-7264

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DATED:** May 8, 2008

**MAILED BY:** Judy McDermott, Plaintiff Pro Se
366 Hibiscus Lane
Suisun CA 94585
707/428-6513

Please file two copies of this proof of Delivery with the court and return two copies to me in the self-addressed stamped envelope.

Page 2 –

Certificate of Service; Disclosure of Non-Party Interested Entities or Persons
Civil Case # C07-06300 SI
JUDY A. MCDERMOTT V. JOHN E. POTTER