JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:  (415) 436-6748
    Email:  abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JUDY A. McDERMOTT, | ) | No. C 07-6300 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S STATUS** |
| v. | ) | **CONFERENCE STATEMENT** |
| | ) | **AND REQUEST FOR FURTHER STAY** |
| JOHN E. POTTER, POSTMASTER | ) | |
| GENERAL, | ) | Date:  August 15, 2008 |
| | ) | Time:  2:00 p.m. |
| Defendant. | ) | Place:  Courtroom 10, 19th Floor |
| | ) | Before:  Hon. Susan Illston |

    On May 13, 2008, this Court granted the parties' joint request for a 90-day stay of these proceedings. The parties requested the stay because (1) an Administrative Judge issued an order dated November 30, 2006 determining that some of plaintiffs' claims in a separate proceeding were valid but the AJ had not yet issued an order addressing damages in the case– such an order, the parties agreed, may effect the position of the parties in this case, (2) plaintiff was likely to file a second complaint that, in all likelihood, would be related to the pending complaint, and (3) the parties expected that this case would be in a better posture for settlement and/or delineation of issues after 90 days.

    The AJ has not yet issued a ruling on damages in the administrative action. Plaintiff has, however, filed a second lawsuit related to numerous other administrative complaints. The complaint consists of over 900 paragraphs and more than 100 pages in length. Defendant's

responsive pleading in the second lawsuit is not yet due.  The second lawsuit was related to this case by order filed August 5, 2008.

Plaintiff has filed a document suggesting that this case should move forward with a discovery deadline in the month of December of this year.  The parties have not yet discussed whether the filing of the related case should inform the schedule of this case.

It is Defendant's view that the stay in this case should continue for an additional 45 days to allow the AJ to make a ruling and to allow a review of plaintiff's new complaint.  Defendant also takes the view that a discovery deadline in this case should not be before April of 2009 under any circumstances.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s_____
ABRAHAM A. SIMMONS
Assistant U.S. Attorney
Attorney for Defendant

Status Conference Statement
and Request For Further Stay
C 07-6300 SI                                        2