UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C07-6300 & 08-3432 SI          Judge:  SUSAN ILLSTON
AND C-08-3432

Title: JUDY MCDERMOTT  -v- JOHN POTTER

Attorneys: McDermott          A. Simmons

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to **11/21/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Defendant is ordered to preserve all evidence relating to these cases.
Plaintiff shall submit another copy of the document request to defense counsel.

All ADR procedures are stayed pending further order of the Court.

Judge Illston has vacated the case management conference in C-08-3432 and that case will be on the same schedule as C-07-6300.

Cc: ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C07-6300 & 08-3432 SI          Judge:   SUSAN ILLSTON
AND C-08-3432

Title: JUDY MCDERMOTT  -v- JOHN POTTER

Attorneys: McDermott            A. Simmons

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to **11/21/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Defendant is ordered to preserve all evidence relating to these cases.
Plaintiff shall submit another copy of the document request to defense counsel.

All ADR procedures are stayed pending further order of the Court.

Judge Illston has vacated the case management conference in C-08-3432 and that case will be on the same schedule as C-07-6300.

Cc: ADR