EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE

| | |
|---|---|
| JUDY A. MCDERMOTT, ) <br> COMPLAINANT ) <br> ) <br> V. ) <br> ) <br> JOHN E. POTTER, ) <br> POSTMASTER GENERAL ) <br> U.S. POSTAL SERVICE, ) <br> RESPONDENT ) <br> _____ ) | **REQUEST FOR AN UPDATE <br> ON THE STATUS OF THE WRITTEN <br> RULING ON DAMAGES FOR EEO #1-7** <br><br> September 5, 2008 |

**EEOs:** HI-0076-98 (370-AO-X2553), HI-0028-98 (370-A1-X2054),
HI-0036-99 (370-A1-X2055), HI-0056-99 (370-AO-X2552),
HI-0080-99 (370-A1-X2056), HI-0012-01 (370-A1-X2507),
HI-0047-01 (370-A1-X2511), HO-00084-01

David T. Kelley
Administrative Judge, EEOC
350 The Embarcadero, Suite 500
San Francisco, CA 94105
415/625-5636

Judge Kelley:

I am representing myself (pro se) on two Civil Cases involving ten EEO complaints I filed from 2003 through 2007 for EEO complaints #10-20 (**C07-06300 SI and C08 03432 SI**). On August 15, 2008, I participated in a status conference with District Court Judge Susan Illston and Assistant United States Attorney (AUSA) Abraham Simmons. Both Judge Illston and Mr. Simmons are aware of the seven EEO complaints that were heard before you in August 2004, that the Agency was found liable, and that I am awaiting a written decision from you on the damages in that case.

During the status conference with Judge Illston and Mr. Simmons, the scheduling for my two Civil Complaints was continued until November 21, 2008, pending your written decision on damages. This is the 2nd time that my Civil cases have been continued in anticipation of your written ruling. The AUSA stated in the latest status conference that he is now prepared to move forward with my pending Civil cases; however, I informed Mr. Simmons and Judge Illston that I believed it would be in the best interest of all parties to wait for your written decision before scheduling is initiated on my Civil cases.

Would it be possible for you to advise me approximately when you anticipate your written decision to be issued on the damages for EEOs #1-7, so that I can advise the parities in my current Civil Actions for future scheduling matters therein?

1

Any assistance you can provide in this matter will be appreciated.

Sincerely,

*Judy McDermott 9/5/08*

Judy McDermott
366 Hibiscus Lane
Suisun City, CA 94585
September 5, 2008
707/428-6513 Home

I certify that I mailed a copy of this letter to the above address via Certified Mail and the parties listed below via First Class Mail on 9/5/08

CC:  Judge Susan Illston

   Mr. Abraham Simmons, AUSA

   Mr. Robert O'Connell
   Attorney at Law
   USPS Law Department
   390 Main Street, Suite 740
   San Francisco, CA 94105-5001

   Mr. Bob Dunn
   Attorney at Law
   N. 10 Post Street, #200
   Spokane, WA 99201