| | | |
|---|---|---|
| 1 | JUDY A. MCDERMOTT, ) | CIVIL CASE NO: C08-03432 SI |
| 2 | Plaintiff, Pro Se ) | (related case C07 06300 SI) |
| 3 | V. ) | |
| 4 | ) | |
| 5 | JOHN E. POTTER, ) U.S. POSTMASTER GENERAL ) | **(PROPOSED) ORDER FOR EXTENSION** |
| 6 | Defendant ) | **TO FILE REPLY BRIEF** |

The Plaintiff's MOTION for an extension to submit a Reply Brief is granted. A subsequent hearing shall be scheduled to address the issues therein.

DATE: November __21__, 2008

_Susan Illston_ (signature)

Susan Illston
U.S. District Court Judge
Northern District of California
San Francisco Division

---

Judy A. McDermott v. John E. Potter        3        C08-03432 SI
Motion for extension to submit Reply Brief to Defendant Opposition Brief
Proposed Order, Cert. Service