IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>        Defendant.<br>                                / | No. C 07-06300 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>May 29, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 30, 2009</u>.

DESIGNATION OF EXPERTS: <u>10/1/09</u>; REBUTTAL: <u>10/19/09</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 30, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 29, 2010</u>;

    Opp. Due <u>February 12, 2010</u>; Reply Due <u>February 19, 2010</u>;

   and set for hearing no later than <u>March 5, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 6, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>April 19, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in an ADR telephone conference before May 15, 2009.
Rule 26 initial disclosures shall be produced by May 26, 2010.
Defendant's Motion for More Definate Statement is continued to May 29, 2009, at 9:00 a.m.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                           SUSAN ILLSTON
                                                           United States District Judge