JUDY MCDERMOTT
PRO SE, PLAINTIFF
366 HIBISCUS LANE
SUISUN CITY CA 94585
707/428-6513

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JUDY A. MCDERMOTT, ) | CIVIL CASE NO: **C 08-03432SI** | |
| Plaintiff, Pro Se ) | related   C07- 06300 SI | |
| ) | | |
| ) | **STIPULATION AND [PROPOSED]** | |
| V. ) | **ORDER EXTENDING DUE DATE FOR** | |
| ) | **PLAINTIFF TO FILE A** | |
| JOHN E. POTTER, ) | **SECOND AMENDED COMPLAINT** | |
| U.S. POSTMASTER GENERAL ) | | |
| _____Defendant____ ) | | |

The parties hereby agree and stipulate that plaintiff may have until and including June 23, 2009 to file a second amended complaint in accordance with the Court's May 26, 2009 Order. The extension of time amounts to an additional week for plaintiff to comply with the Court's order.

Good cause for this stipulation exists because plaintiff needs additional time to prepare the amended complaint and defendant does not object.

Respectfully submitted,

JOSEPH P. RUSSIELLO
United States Attorney


Dated: June 12, 2009          /s/                                    /s/
                      ABRAHAM A. SIMMONS           Judy McDermott, Plaintiff
                      Assistant United States Attorney

Plaintiff' Cont. Complaint Filing Date          1          C 07-6300SI/C08-03432SI

Cert. of Service
Judy A. McDermott  v. John E. Potter

## [PROPOSED] ORDER

The stipulation is approved. Plaintiff may until June 23, 2009 to file an amended complaint in accordance with this Court's May 26, 2009 Order.

_____
Susan Illston, District Judge