1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:     (415) 436-7264
6       Facsimile:     (415) 436-6748
        Email:         abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   JUDY A. McDERMOTT,              )   No. C 07-6300 SI
12                                 )
             Plaintiff,             )   [RELATED CASE No. C 08-3432 SI]
13                                 )
        v.                         )
14                                 )   **STIPULATION TO CONTINUE CASE**
   JOHN E. POTTER, POSTMASTER      )   **MANAGEMENT CONFERENCE AND**
15 GENERAL,                        )   **[PROPOSED] ORDER**
                                   )
16           Defendant.            )
                                   )
17 _____

18      Whereas on May 29, 2009, this Court scheduled a Further Case Management Conference
19 to be held on July 31, 2009; and
20      Whereas defendant's counsel has requested a short continuance of the Further Case
21 Management Conference so that he may attend to personal matters; and
22      Whereas plaintiff has no objection to the proposed continuance so long as the Court
23 grants a 30-day extension of time on the cutoff dates for non-expert discovery, designation of
24 experts and expert discovery;
25      the parties therefore agree, stipulate and respectfully request that the Court issue an order
26 (1) continuing the July 31, 2009, Further Case Management Conference to August 14, 2009 and
27 (2) continuing the non-expert discovery cutoff from September 30, 2009 to October 28, 2009,
28 and (3) continuing the expert disclosure cutoff from October 1, 2009 to November 2, 2009, and

1  (4) continuing the rebuttal expert disclosure cutoff from October 19, 2009 to November 18, 2009.

Respectfully submitted,

JUDY A. MCDERMOTT                           JOSEPH P. RUSSONIELLO
                                            United States Attorney


_____/s/_____     _____/s/_____
JUDY A. MCDERMOTT                           ABRAHAM A. SIMMONS
Plaintiff                                   Assistant United States Attorney
Dated: July 17, 2009                        Dated: July 17, 2009

### [PROPOSED] ORDER

The stipulation is granted. The Further Case Management Conference is continued to Mon. August 17, 2009 @ 2:30 ~~August 14, 2009 at 3:00 p.m.~~ The parties shall file a joint statement on or before August 7, 2009.

In addition, the non-expert discovery cutoff shall be October 28, 2009, the expert disclosure cutoff shall be November 2, 2009, and the rebuttal expert disclosure cutoff shall be November 18, 2009.

_____
Susan Illston, District Judge