```
1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:    (415) 436-7264
6       Facsimile:    (415) 436-6748
        Email:        abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JUDY A. McDERMOTT, | ) | No. C 07-6300 SI |
| | ) | |
| Plaintiff, | ) | [RELATED CASE No. C 08-3432 SI] |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| JOHN E. POTTER, POSTMASTER | ) | **CERTAIN DISCOVERY DEADLINES** |
| GENERAL, | ) | **AND TRIAL DATE;** |
| | ) | **[PROPOSED] ORDER** |
| Defendant. | ) | |
| _____ | ) | |

    Whereas on April 28, 2009, this Court scheduled the trial and discovery-related deadlines for the parties in this case; and

    Whereas plaintiff takes the position that discovery is not progressing sufficiently quickly in order for her to meet the current deadlines set for the court and therefore has proposed a two month extension of time for the parties to meet the deadlines set by the Court; and

    Whereas defendant agrees that an extension of time on the deadlines is appropriate and, in fact, the dates should be revisited at the currently-scheduled October 7, 2009, case managment conference;

    the parties therefore agree, stipulate and respectfully request that the Court issue an order continuing the current deadlines and other case management dates as follows:

|   | Current Schedule | Proposed Schedule | |
|---|---|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | 10/28/09 | ~~12/24/09~~ | 12/18/09 |
| DESIGNATION OF EXPERTS: | 10/1/09 | 12/1/09 | |
| REBUTTAL | 11/18/09 | 1/19/10 | |
| EXPERT DISCOVERY CUTOFF: | 11/2/09 | 01/04/10 | |
| DISPOSITIVE MOTIONS SHALL BE FILED BY: | 1/29/10 | 03/29/10 | |
| OPPOSITON TO DISPOSITIVE MOTIONS | 2/12/10 | 04/12/10 | |
| REPLY TO DISPOSITIVE MOTIONS | 2/19/10 | 4/19/10 | |
| DISPOSITIVE MOTIONS SET FOR HEARING | 3/5/10 | ~~05/03/10~~ | 5/7/10 |
| PRETRIAL CONFERENCE DATE: | 4/6/10 at 3:30 P.M. | ~~06/04/10~~ | 6/15/10 |
| JURY TRAIL DATED: | 4/19/10 at 8:30 a.m. | 06/28/10 | |

Respectfully submitted,

JUDY A. MCDERMOTT

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
JUDY A. MCDERMOTT
Plaintiff
Dated: September 18, 2009

/s/
_____
ABRAHAM A. SIMMONS
Assistant United States Attorney
Dated: September 18, 2009

## [PROPOSED] ORDER

The stipulation is granted. The dates are adjusted as set forth in the stipulation. as amended

*[signature: Susan Illston]*
_____
Susan Illston, District Judge

Stipulation And [Proposed] Order
C 07-6300 SI and 08-3432 SI           2