FILED

OCT X 8 ...

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. MCDERMOTT,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL,<br><br>Defendant. | No. 08-03432 SI<br>Related Case: No. C 07-06300 SI<br><br>**ORDER RE: DEFENDANT'S MOTION FOR CLARIFICATION**<br>**[Docket No. 99]** |

Defendant seeks clarification of an order dated August 10, 2009, in which the Court directed defendant to provide plaintiff with the names and addresses of all witnesses listed in plaintiff's initial disclosures, to the extent defendant has such information in its possession. *See* Aug. 10, 2009 Order [Docket No. 97]. The Court hereby clarifies its August 10, 2009 Order as follows.

The August 10, 2009 Order requires defendant to release information only for former employees of the Postal Service. **Defendant shall provide this information within 7 days of the date this order is filed.** Plaintiff should arrange for depositions or interviews of any current Postal Service employees through the Office of the United States Attorney. When defendant provides this information to plaintiff, it may not categorically exclude witnesses who have purportedly raised safety concerns. The witnesses' contact information is subject to a protective order, and defendant has made no showing that the protective order is insufficient. If defendant wishes to raise any specific issues with respect to individual witnesses, it may do so by separate motions.

**IT IS SO ORDERED.**

Dated: October 7, 2009

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MCDERMOTT et al,

              Plaintiff,

v.

POTTER et al,

              Defendant.

Case Number: CV08-03432 SI

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Judy A. McDermott
366 Hibiscus Lane
Suisun City, CA 94585-3813

Dated: October 9, 2009

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk