| | |
|---|---|
| JUDY A. MCDERMOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN E. POTTER,<br><br>　　　　Defendant._____/ | No. C 07-06300 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 26, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 30, 2010.

DESIGNATION OF EXPERTS: 4/16/10; REBUTTAL: 4/30/10.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 28, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by June 4, 2010;

　　Opp. Due June 18, 2010; Reply Due June 25, 2010;

　　and set for hearing no later than July 9, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 10, 2010 at 3:30 PM.

JURY TRIAL DATE: August 30, 2010 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defense shall respond to the settlement demand by 12/21/10.

This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur as soon as possible but no later than 2/12/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge