1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4  MELANIE PROCTOR (SBN 228971)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 9th Floor
6       San Francisco, California 94102-3495
        Telephone:    (415) 436-7264
7       Facsimile:    (415) 436-6748
        Email:        abraham.simmons@usdoj.gov
8       Email:        melanie.proctor@usdoj.gov

9  Attorneys for Federal Defendant

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 JUDY A. McDERMOTT,                    )    No. C 08-3432 SI (MEJ)
                                         )
14                       Plaintiff,      )    [RELATED CASE No. C 07-6300 SI]
                                         )
15              v.                       )    JOINT MOTION TO CONTINUE STATUS
                                         )    CONFERENCE; ~~PROPOSED~~ ORDER
16 JOHN E. POTTER, POSTMASTER           )
   GENERAL,                             )
17                                       )
                         Defendant.      )
18 _____)

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1        On May 25, 2010, the parties reached a settlement.  The Court scheduled a status conference

2  on November 17, 2010, for the parties to report whether the settlement had been paid.  There is one

3  administrative matter remaining which cannot be resolved until Plaintiff files her tax return for 2010.

4  Accordingly, the parties request the Court to continue the status conference scheduled for

5  November 17, 2010, to April 20, 2011, at 10:00 a.m.

6                                     Respectfully submitted,

7                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

8

9  Dated: November 16, 2010                /s/
                                     MELANIE L. PROCTOR[1]

10                                   Assistant United States Attorney
                                   ABRAHAM SIMMONS

11                                   Assistant United States Attorney
                                   Attorneys for the Federal Defendant

12

13  Dated: November 16, 2010                /s/
                                     ROBERT A. DUNN

14                                   Attorney for Plaintiff

15

16                                **PROPOSED ORDER**

17        IT IS SO ORDERED.  The status conference currently scheduled on November 17, 2010 is

18  hereby CONTINUED to April 20, 2011, at 10:00 a.m.

19  Dated: November 16, 2010

20                                  HON. MARIA-ELENA JAMES
                                  Chief Magistrate Judge

21                                  United States District Court,
                                     Northern District of California

22

23

24

25

26

27
    ————————————

28       [1]I, Melanie L. Proctor, hereby attest that I have gained the concurrence of all signatories in
  the filing of this e-filed document.